CATHARINE LOESCHAUER, as Administratrix of the Estate of CHARLES LOESCHAUER, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, Impleaded with Another.

*Loeschauer* v. *N. Y. C. & H. R. R. R. Co.*, 136 App. Div. 944, affirmed. (Argued January 23, 1911; decided February 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 9, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*Alfred L. Becker* and *Maurice C. Spratt* for appellant.

*W. B. Simson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: VANN, J.

---

CARRIE HARRIS, as Administratrix of the Estate of WALTER HARRIS, Deceased, Appellant, *v.* LEHIGH VALLEY RAILROAD COMPANY, Respondent.

*Harris* v. *Lehigh Valley R. R. Co.*, 136 App. Div. 908, affirmed. (Argued January 23, 1911; decided February 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 13, 1909, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned by the negligence of the defendant, his employer.

*Joseph B. Murphy* and *Frank C. Sargent* for appellant.

*Ceylon H. Lewis* and *Will B. Crowley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: VANN, J.